George W. Buehler (CA Bar 060701)
GERAGOS & GERAGOS
Attorneys for Defendants Dennis Herula, Watch Hill Capital,
and Mary Lee Capalbo
350 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
(213) 625-3900
(213) 625-1600 fax

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. C-02-3704-JSW |
| CLAUDE LEFEBVRE, DENNIS S. HERULA, RMO ASSETS MANAGEMENT SA, and, WATCH HILL CAPITAL MANAGEMENT LLC, | |
| Defendants, | |
| | DATE: July 29, 2005 (or other time convenient for the Court) |
| and, | TIME: 1:30 p.m. |
| MARY LEE CAPALBO aka MARY LEE CAPALBO HERULA, | COURTROOM 2 17th Floor |
| Relief Defendant. | |

**DEFENDANTS' ASSENTED TO MOTION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**

Defendants Dennis Herula, Watch Hill Capital Management LLC, and Mary Lee Capalbo hereby move to continue the Further Case Management Conference scheduled in this matter for April 29, 2005 at 1:30 p.m., until July 29, 2005, or some other time convenient for the Court. The grounds for this motion are: (1) In light of Defendant Dennis S. Herula's recent conviction in the related criminal action, the parties are seeking to resolve this matter. (2) Counsel for

1  Defendants was engaged in trial in the District Court in Los Angeles from February 8 to March
2  18 and was therefore delayed in responding to proposed Consents and Final Judgments prepared
3  by counsel for the Commission.  (3) The proposed Consents and Final Judgments raise certain
4  issues which must be investigated and resolved, and which may require that Mary Lee Capalbo
5  consult or be represented in this action by separate counsel. (4) The parties believe that a
6  continuance of approximately 90 days would enable the parties to resolve these issues.

7      Counsel to the Commission assents to this motion.[1]

8      Accordingly, Defendants request that the Case Management Conference scheduled for
9  April 29, 2005, be continued to July 29, 2005, or to such other date and time as may be
10 convenient for the Court.

13 Dated : April 20, 2005                                  Respectfully submitted,

16                                   / s /
                            GEORGE W. BUEHLER
                            Counsel for Defendants Dennis Herula,
17                             Watch Hill Capital Management LLC,
                            and Mary Lee Capalbo



APPROVED
Judge Jeffrey S. White

April 26, 2005

---

[1] Defendants Claude Lefebvre and RMO Assets Management SA are not parties to this stipulation, as the Court has entered final judgments against those defendants on April 12, 2004.

Plaintiff's Motion To Continue Further Case Management Conference, Case No. C-02-3704 (JSW)    2