1  Luke T. Cadigan (Mass. Bar 561117)
   Martin F. Healey (Mass. Bar No. 227550)
2  Bradford E. Ali (Mass. Bar 649541)
   Attorneys for Plaintiff
3  SECURITIES AND EXCHANGE COMMISSION
   73 Tremont Street, Suite 600
4  Boston, MA  02108
   (617) 573-8919  (Cadigan)
5  (617) 424-5940  fax

6
7              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
8  _____
                                            )
9  SECURITIES AND EXCHANGE COMMISSION,      )
                                            )
   Plaintiff,                               )
10                                          )
11      v.                                  )  Case No.  C-02-3704-JSW
                                            )
12 CLAUDE LEFEBVRE,  DENNIS S. HERULA,      )
   RMO ASSETS MANAGEMENT SA, and,           )
13 WATCH HILL CAPITAL MANAGEMENT LLC,       )
                                            )
   Defendants,                              )
14                                          )
                                            )  DATE:      October 14, 2005
15                                          )             (or other time
                                            )              convenient for the
16                                          )             Court)
                                            )  TIME:      1:30 p.m.
17      and,                                )
                                            )  COURTROOM  2
18 MARY LEE CAPALBO aka                     )  17th Floor
   MARY LEE CAPALBO HERULA,                 )
19                                          )
   Relief Defendant.                        )
20 _____)

21
22      **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S ASSENTED TO
        MOTION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**

23      Plaintiff Securities and Exchange Commission (the "Commission") hereby moves to

24 continue the Further Case Management Conference scheduled in this matter for July 29, 2005 at

25 1:30 p.m., until October 14, 2005, or some other time convenient for the Court.  The grounds for

26 this motion are:  (1) In light of Defendant Dennis S. Herula's ("Herula") conviction in the related

27 criminal action, the parties both are seeking to resolve this matter and expect to resolve it;  (2)

28 Counsel for the Commission has provided Counsel for the Defendants with proposed consents

and final judgments, but Counsel for the Defendants is experiencing delays due to Herula's incarceration and, as a result, difficulty in communicating with him; and (3) The parties believe that a continuance of approximately 90 days would enable the parties to resolve these issues.

Counsel for Herula, Defendant Watch Hill Capital Management LLC and Relief Defendant Mary Lee Capalbo assents to this motion.[1]

Accordingly, the Commission requests that the Case Management Conference scheduled for July 29, 2005 be continued to October 14, 2005, or another time convenient for the Court.

---

[1] Defendants Claude Lefebvre and RMO Assets Management SA are not parties to this stipulation, as the Court has entered final judgments against those defendants on April 12, 2004.

| | | |
|---|---|---|
| 1 | Dated : July 25, 2005 | Respectfully submitted, |

/s/ Bradford E. Ali
_____
Luke T. Cadigan (Mass Bar. No. 561117)
Senior Trial Counsel

Martin F. Healey (Mass. Bar. No. 227550)
Assistant District Administrator

Bradford E. Ali (Mass. Bar No. 649541)
Senior Counsel

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
73 Tremont Street, Suite 600
Boston, MA 02108

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 25, 2005            /s/ Jeffrey S. White
                                 _____
                                 Honorable Jeffrey S. White
                                 United States District Judge