IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CLAUDE LEFEBVRE, et al.

    Defendants.

No. C 02-03704 JSW

**ORDER GRANTING JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

This matter comes before the Court upon the Joint Motion to Continue the Case Management Conference set for October 14, 2005. The parties having demonstrated good cause, the motion is GRANTED.

In order to give the parties sufficient time to complete the settlement process, the Court shall continue the case management conference to January 20, 2006 at 1:30 p.m. If the parties are able to complete the settlement process and file a dismissal prior to that time, that date shall be vacated.

**IT IS SO ORDERED.**

Dated: October 12, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE