**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

  v.

CLAUDE LEFEBVRE, et al.,

    Defendants.

No. C 02-03704 JSW

**ORDER REOPENING CASE AND SETTING STATUS HEARING**

On November 30, 2005, the Court entered orders approving Final Judgment as to Defendants Dennis Herula and Watch Hill Management Capital, LLC. On that same day, a stipulation of dismissal was filed as to relief defendant Mary Lee Capalbo.

Judgment having been entered against all defendants and no further activity having occurred, this matter was closed. On January 18, 2006, Comet Enterprises filed a motion to modify the asset freeze order entered in this case, and has noticed that motion for hearing on February 24, 2006.

The Court HEREBY ORDERS the case reopened. Any party intending to oppose Comet's motion shall file their opposition briefs in accordance with Northern District Civil Local Rule 7-1.

The Court FURTHER ORDERS that all parties shall appear for a status conference on February 24, 2006, immediately following the hearing on Comet's motion, to address the status of the freeze order and any other outstanding matters in this case. The parties shall file a joint

1  status report by no later than February 17, 2006.

2  **IT IS SO ORDERED.**

4  Dated: January 25, 2006

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2