IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CLAUDE LEFEBVRE, et al.,

    Defendants.

No. C 02-03704 JSW

**ORDER TO SHOW CAUSE**

On February 24, 2006, this matter was set for hearing on a motion to modify the asset freeze order entered in this case and for a status hearing. Counsel for Defendants Watch Hill Capital Management and Dennis Herula did not appear for that hearing and had not been excused from attending by the Court.

Accordingly, counsel for Defendants, George Buehler, is HEREBY ORDERED TO SHOW CAUSE why he should not be sanctioned in the amount of $500.00 for his failure to appear at the hearing.

Counsel shall respond in writing to this Order to Show Cause by March 3, 2006.

**IT IS SO ORDERED.**

Dated: February 24, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE