DAVIS GRAHAM & STUBBS LLP
TOM MCNAMARA (NO. 19,880)
GLEN E. KELLER, JR. (NO. 03113)
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
Telephone: (303) 892-9400
Facsimile: (303) 893-1379

FOLGER LEVIN & KAHN LLP
CASEY MCNAMARA (Ca. Bar 209205)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for
COMET ENTERPRISES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> CLAUDE LEFEBVRE; DENNIS S. HERULA; RMO ASSETS MANAGEMENT SA; and WATCH HILL CAPITAL MANAGEMENT LLC <br><br> Defendants. | No. C-02-3704 JSW <br><br> ~~[PROPOSED]~~ ORDER MODIFYING ASSET FREEZE ORDER |

      This matter is before the Court on the motion of Comet Enterprises, LLC ("Comet") for an Order modifying the Freeze Order entered herein with respect to certain funds held by Geragos & Geragos, and the Court being fully advised, finds that Geragos & Geragos is in possession of one million dollars ($1,000.000.00) together with interest accrued thereon which is traceable to funds improperly taken by Defendants herein from Comet as hereinbefore found in

-2-

1  this Court's previous order modifying the Freeze Order with respect to Comet funds held in
2  accounts at Merrill Lynch Pierce Fenner and Smith. It appears from the attachments to the
3  motion that Comet and Geragos and Geragos have resolved their disputes with regards to proper
4  disposition of the funds and that no further purpose for the imposition of the Freeze Order
5  remains with respect to those funds. Further, the SEC, Defendants and Geragos and Geragos do not oppose the motion.
6  Now, therefor, it is ordered that the Freeze Order hereinbefore entered is modified to
7  permit Comet to recover the one million dollars ($1,000,000.00) together with the accumulated
8  interest thereon held by Geragos & Geragos pursuant to the stipulation entered between the
9  Geragos & Geragos and Comet in the Bankruptcy Court in Rhode Island.

DATED:  February 24, 2006

_____
Jeffrey S. White
United States District Judge