IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

LEFEBVRE ET AL,

    Defendant.

No. C 02-03704 JSW

**ORDER REQUIRING SUBMISSION OF AUTHORITY**

This matter came before the Court for a motion and status hearing on Friday, February 24, 2006. At the status hearing, Plaintiff indicated it would provide the Court with authority supporting the parties' position that the asset freeze order had been terminated by operation of law upon entry of judgment against the defendants in this case. Plaintiff was to have e-filed that authority with the Court. (*See* Docket No. 162.) The Court has not yet received this authority. Accordingly, Plaintiff is HEREBY ORDERED to submit that authority by no later than March 8, 2006.

**IT IS SO ORDERED.**

Dated: March 1, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE