IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLAUDE LEFEBVRE, et al.,<br><br>　　　　Defendants.<br>_____ / | No. C 02-03704 JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

The Court has received George W. Buehler's response to the Court's Order to Show Cause dated February 24, 2006. Having reviewed Mr. Buehler's response, the Court shall discharge the Order to Show Cause without imposing sanctions.

**IT IS SO ORDERED.**

Dated: March 2, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE