IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CLAUDE LEFEBVRE, et al.,

    Defendants.

No. C 02-03704 JSW

**ORDER TERMINATING CASE**

On February 24, 2006, the parties appeared before the Court on a motion hearing and for a status conference. Having considered the submission of the authority from Plaintiff regarding the termination of the asset freeze and judgments or dismissals having been entered against all defendants, and the Court having formally dissolved the asset freeze as to all defendants on the record at the February 24, 2006 hearing, the Court hereby terminates this case. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 2, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE